

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-14-00290-CV

WARWICK OIL & GAS, INC., WARWICK OIL & GAS, INC., RESERVE ROYALTY
CORPORATION, THOMAS CHRISTOPHER KNOWLES, AND FRAN MICHAEL,
Appellants

V.

FBS PROPERTIES, INC., Appellee

Appeal from the 164th District Court of Harris County.  (Tr. Ct. No. 2012-33816).

**TO THE 164TH DISTRICT COURT OF HARRIS COUNTY, GREETINGS:**

Before this Court, on the 11th day of June 2015, the case upon appeal to revise or to reverse your judgment was determined.  This Court made its order in these words:

> This case is an appeal from the final judgment signed by the trial court on April 2, 2014.  After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that the trial court's judgment contains no reversible error.  Accordingly, the Court **affirms** the trial court's judgment.
>
> The Court orders that the appellants, Warwick Oil & Gas, Inc., Warwick Oil & Gas, Inc., Reserve Royalty Corporation, Thomas Christopher Knowles, and Fran Michael, jointly and severally, pay all appellate costs.

The Court **orders** that this decision be certified below for observance.

Judgment rendered June 11, 2015.

Panel consists of Justices Keyes, Huddle, and Lloyd. Opinion delivered by Justice Huddle.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

November 6, 2015

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

